## PARKS *v.* HEIM CONCRETE SILO COMPANY.

[No. 11,507.   Filed June 27, 1923.]

From Decatur Circuit Court; *John W. Craig*, Judge.

Action between James H. Parks and Heim Concrete Silo Company.   From the judgment rendered, the former appeals.   *Affirmed.*

*Tremain & Turner*, for appellant.
*Wickens & Hamilton*, for appellee.

PER CURIAM.—Judgment affirmed.

## ALLEN ET AL. *v.* POWELL.

[No. 11,551.   Filed June 27, 1923.]

From Shelby Circuit Court; *Alonzo Blair*, Judge.

Action between Oscar N. Allen and others and Melvina Powell. From the judgment rendered, the former appeal.   *Affirmed.*

*James M. Berryhill*, for appellant.
*James Bingham* and *Remster A. Bingham*, for appellee.

PER CURIAM.—Judgment affirmed.

## OHIO OIL COMPANY *v.* STEWART ET AL.

[No. 11,736.   Filed October 2, 1923.]

From Pike Circuit Court; *John F. Dillon*, Judge.

Action between the Ohio Oil Company and Clarence P. Stewart and another.   From the judgment rendered, the former appeals. *Dismissed.*

*Gee & Gee*, for appellant.
*Ely & Corn* and *J. L. Sumner*, for appellee.

REMY, J.—On authority of *Court of Honor* v. *Bankert* (1903), 31 Ind. App. 689, 68 N. E. 1039; *Chicago, etc., R. Co.* v. *Priddy* (1917), 65 Ind. App. 552, 108 N. E. 238, 115 N. E. 266, appeal dismissed.